SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Email: jeff@sylvesterpolednak.com
(702) 952-5200 (Telephone)
(702) 952-5205 (Facsimile)
*Attorneys for Creditor SKLV Properties, LLC*

E-FILED November 19, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>HOTEL FURNITURE SALES, INC. dba<br>HOTEL FURNITURE LIQUIDATORS<br><br>Debtor. | Case No. BK-S-09-29126-MKN<br>Chapter 11<br><br>Hearing Date: January 6, 2009<br>Hearing Time: 9:30 a.m. |
|---|---|

### NOTICE OF HEARING ON MOTION FOR ORDER DIRECTING PAYMENT OF POST-PETITION RENT AND FOR RELIEF FROM AUTOMATIC STAY AND OTHER RELIEF

NOTICE IS HEREBY GIVEN that a "Motion for Order Directing Payment of Post-petition Rent and for Relief from Automatic Stay and Other Relief" was filed herein by JEFFREY R. SYLVESTER, ESQ. of the law firm SYLVESTER & POLEDNAK, LTD. attorneys for Creditor SKLV Properties, LLC, on the 19th day of November, 2009. A copy of the above referenced motion with exhibits, is on file with the Clerk of the Untied States Bankruptcy Court for the District of Nevada, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

Local Rule 9013(e)(1): "Except for motions made pursuant to Red. R. Bank. P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is made by mail pursuant to FRBP 9006(e)&(f)), but in no event later that five (5) business days before the date set for the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

///

1    If an objection is not timely filed and served, the relief requested may be granted without a
2    hearing. LR 9013(a)(1) and LR 9013 (c)(1)(E).
3    If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading
4    with the court. You must also serve your written response on the person who sent you this notice.
5    If you do not file a written response with the court, or if you do not serve your written
6    response on the person who sent you this notice, then:
7    (a)    The court may *refuse to allow you to speak* at the scheduled hearing; and
8    (b)    The court may *rule against you* without formally calling the matter at the hearing.
9    NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a
10   United States Bankruptcy Judge in the Foley Federal Building, 2nd floor, Courtroom No. 2, 300 Las
11   Vegas Blvd. S., Las Vegas, Nevada 89101, on the **6th *day of January, 2009, at the hour of 9:30 a.m.***
12   NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without
13   further notice except for the announcement of any adjourned dates and times at the above noticed
14   hearing or any adjournment thereof.
15   Dated this 19th day of November, 2009.

SYLVESTER & POLEDNAK, LTD.

By_____
Jeffrey R. Sylvester, Esq.
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128

-2-