James D. Greene, Esq., NV Bar No. 2647  E-Filed on: *December 21, 2009*
**RICE SILBEY REUTHER & SULLIVAN, LLP**
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Ph: (702) 732-9099
Fax: (702) 732-7110
E-mail: jgreene@rsrslaw.com

Attorneys for Creditors B3 Holdings, LLC and Anthony Martino

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HOTEL FURNITURE SALES, INC.<br><br>Debtor. | Bankruptcy No. BK-S-09-29126-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7 OR FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER**<br><br>**Hearing Date: January 20, 2010<br>Time: 9:30 a.m.** |

**NOTICE IS HEREBY GIVEN** that a **MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7 OR FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER** ("Motion") was filed on December 18, 2009 by James D. Greene, Esq. of the law firm of Rice Silbey Reuther & Sullivan, LLP on behalf of Creditors B3 Holdings, LLC and Anthony Martino. The Motion seeks to have the Court enter an order (a) converting the above-captioned case to Chapter 7, (b) appointing a Chapter 11 trustee, or (c) appointing an examiner.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before

1

the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained from the Bankruptcy Court website at www.nvb.uscourts.gov or by contacting the undersigned counsel.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada, on January 20, 2009, at the hour of 9:30 a.m. The hearing may be adjourned from time to time without further notice.

DATED this 21st day of December, 2009.

RICE SILBEY REUTHER & SULLIVAN, LLP

 */s/ James D. Greene*
James D. Greene, Esq., NV Bar No. 2647
3960 Howard Hughes Parkway, Suite 700
Las Vegas, NV  89169

Attorney for B3 Holdings, LLC

2