UNITED STATES BANKRTUPCY COURT
DISTRICT OF NEVADA

In re:                                     ) Case No.: S09-29126 - mkn
                                           )
Hotel Furniture Sales Inc                  ) Chapter 11
                                           )
dba Hotel Furniture Liquidators            )
                                           )
        Debtor.

CLAIM FOR ADMINISTRATIVE EXPENSE[1]

Name of Creditor:        State of Nevada Department of Taxation

Creditor Address:        Att: Bankruptcy Section
                         555 E. Washington Avenue #1300
                         Las Vegas, Nevada 89101

Telephone:               (702) 486-2347

Taxpayer Number:         XXXXXX8582

Basis for Claim:         Sales Tax:           $24,322.20
                         Interest:            $    367.40
                         Penalty:             $  2,433.22

                         ** Total:            $27,121.82

Classification:          Administrative Priority [11 U.S.C. § 503(b)]
                         Payment of these taxes, interest and penalties is
                         requested as an administrative expense.

Signature and Title:     /s/ DAVID WILLCOX
                         David Willcox, Revenue Officer II
                         for Jorge Pupo, Tax Program Supervisor III
                         Nevada Department of Taxation

Payment Address:         Creditor address, above.

Address for Notices or Objections regarding this claim:

        Creditor address, above.

    ** This claim is subject to amendment should additional liability be discovered.

---

[1] See 11 U.S.C. 503 (b)(1)(D)(providing, "governmental unit shall not be required to file a request for payment of administrative expense . . ..").

## NEVADA DEPARTMENT OF TAXATION
### STATEMENT OF LIABILITY

| SAVE AS: S09-29126 | | | | | | | BKCY COURT | STATE NEVADA | DIVISION |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor Address: | | | | | | | | |
| F.T.I.D/DEBTOR: | XX-XXX0329 | | | NEVADA TAXPAYER ID # | XXXXXX8582 | [ ] AMENDS >> | | | |
| Hotel Furniture Sales Inc | | | MBT | Sales/Use Tax | Sales/Use/MBT | RECORD AS OF : | 02/17/10 | 2/17/2010 10:19 | |
| Hotel Furniture Liquidators | | | | XXXXXX8582 | | | | | |
| | | | | | | BK- | S09-29126 | -mkn | |
| | | | | | | Chapter: | CHP11 | | |
| | | | | | | Petiton Date: | 10/12/09 | | |
| | | | | | | Converted To: | | | |
| See Note | | | | | | Conversion On: | | | |
| AUDIT - YES/NO | NO | | LIEN FILED: | | | Bkcy Status: | Open | | |
| Bond Type/Amt | Claimed/Paid | ACCT. STATUS | | | GOV'T BAR | Our Claim #: | 1 | | |
| | N/A | Active/OB. | | | 04/10/10 | | | New | |

| LIABILITY CREATED BY TAXES NOT PAID | TAX PERIOD END DATE | TAX TO PETITION DATE | PENALTY TO PETITION DATE | INTEREST TO PETITION DATE | ACCT STATUS TO PETITION 10/12/09 | TAX POST PETITION | PENALTY POST PETITION | INTEREST POST PETITION | TOTAL DUE POST PETITION |
|---|---|---|---|---|---|---|---|---|---|
| XXXXXX8582 | SALES TAX | MONTHLY | Hotel Furniture Liquidators | | | Pf13:___ Pf17:___ Cx'd___ Pst___ FM Zip___ Bnd Clm___ DD___ Aud ___ TF___ | | | |
| Estimated sales tax for non-filed returns based on sales reported in monthly report for | | | | | | | | | |
| November 2009 (docket# 54) and monthly report for December 2009 (docket# 84) | | | | | | | | | |
| Estimated, non-filed | 11/30/09 | | | | | 12,418.03 | 1,241.80 | 248.36 | 13,908.19 |
| "    "    " | 12/31/09 | | | | | 11,904.17 | 1,190.42 | 119.04 | 13,213.63 |
| TOTAL DUE | | | | | | $24,322.20 | $2,432.22 | $367.40 | $27,121.82 |

| Authority for claim | | + PREPETITION TAXES | | SECURED PRE-TAXES | |
|---|---|---|---|---|---|
| NRS 360.300 Thru | | + PREPETITION INTEREST | | SECURED PRE-INTEREST | |
| NRS 360.417 and/or | | = PREPETITION PRIORITY | | SECURED PRIORITY | |
| NRS 360.297 and/or | | + PREPETITION NON-PRIORITY | | SECURED NON-PRI | |
| NRS Ch. 372 and/or | | = PREPETITION CLAIM | | TOTAL | |
| NRS Ch. 363B | $27,121.82 | | | | |
| | $27,121.82 | = TOTAL CLAIM | | /s/ DAVID WILLCOX | |
| | | | | David Willcox, Revenue Officer II | |