**Entered on Docket
May 17, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

DOTSON & QUALEY
Robert S. Qualey, Esq.
Nevada Bar Number 003570
Cybill L. Dotson, Esq.
Nevada Bar Number 8428
2320 Paseo Del Prado, #B-205
Las Vegas, Nevada 89102
(702) 474-6677
Attorneys for Creditor
MOBILE MINI, INC.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE:<br>HOTEL FURNITURE SALES, INC.,<br>Debtor. | Case No:  BK-S-09-29126-mkn<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>HEARING DATE: **March 10, 2010**<br><br>HEARING TIME: **9:30 a.m.** |

This matter having come on for hearing on MOBILE MINI INC.'s Motion to Lift Stay before this Court on the 10th day of March, 2010, and CYBILL L. DOTSON, ESQ., appearing on behalf of MOBILE MINI INC.'s, and Defendant not appearing, the Court hearing arguments and based upon the pleadings and documentation on file herein and good cause appearing, therefor,

IT IS HEREBY ORDERED that MOBILE MINI INC.'S Motion to Lift Stay is granted. MOBILE MINI, Inc. shall be permitted to repossess the storage units/trailers listed in Exhibit "A" of its Motion to Lift Stay.

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

SUBMITTED BY:

DOTSON & QUALEY

By:    /Cybill L. Dotson/
       Robert S. Qualey, Esq.
       Nevada State Bar No. 3570
       Cybill L. Dotson, Esq.
       State Bar No. 8428
       2320 Paseo Del Prado, #B-205
       Las Vegas, Nevada 89102
       Attorneys for Plaintiff

F:\CLSINC\WORD\LEE\91561\91561.order.wpd

ORDER
Case No: A-09-598477-C
Dept. No: VII