UNITED STATES BANKRTUPCY COURT
DISTRICT OF NEVADA

In re:                                              ) Case No.: S09-29126 - mkn
                                                    )
Hotel Furniture Sales Inc                           ) Chapter 11
                                                    )
dba Hotel Furniture Liquidators                     )
                                                    )
          Debtor.

AMENDED CLAIM FOR ADMINISTRATIVE EXPENSE[1]

Name of Creditor:        State of Nevada Department of Taxation

Creditor Address:        Att: Bankruptcy Section
                         555 E. Washington Avenue #1300
                         Las Vegas, Nevada 89101

Telephone:               (702) 486-2347

Taxpayer Number:         XXXXXX8582

Basis for Claim:         Sales Tax:                $     21.52
                         Interest:                 $    504.62
                         Penalty:                  $  1,759.58
                         Modified Business Tax:    $
                         Interest:                 $     15.56
                         Penalty:                  $     31.13
                         ** Total:                 $  2,332.41

Classification:          Administrative Priority [11 U.S.C. § 503(b)]
                         Payment of these taxes, interest and penalties is
                         requested as an administrative expense.

Signature and Title:       /s/ DAVID WILLCOX
                         David Willcox, Revenue Officer II
                         for Jorge Pupo, Tax Program Supervisor III
                         Nevada Department of Taxation

Payment Address:         Creditor address, above.

Address for Notices or Objections regarding this claim:  Creditor address, above

          ** This claim is subject to amendment should additional liability be discovered.

---

[1] See 11 U.S.C. 503 (b)(1)(D)(providing, "governmental unit shall not be required to file a request for payment of administrative expense . . ..").

## NEVADA DEPARTMENT OF TAXATION
### STATEMENT OF LIABILITY

| SAVE AS: S09-29126 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor Address: | | | | | | BKCY COURT | STATE NEVADA | DIVISION |
| F.T.I.D/DEBTOR: | XX-XXX0329 | | | NEVADA TAXPAYER ID # | XXXXXX8582 | [X] AMENDS >> | Admin Claim# 19 filed 2/17/10 | | |
| Hotel Furniture Sales Inc | | | MBT | Sales/Use Tax | Sales/Use/MBT | RECORD AS OF: | 05/24/10 | 5/24/2010 15:17 | |
| Hotel Furniture Liquidators | | | | XXXXXX8582 | | | | | |
| | | | | | | | BK- | S09-29126 | -mkn |
| | | | | | | Chapter: | CHP11 | | |
| | | | | | | Petiton Date: | 10/12/09 | | |
| See Note | | | | | | Converted To: | | | |
| AUDIT - YES/NO | NO | | LIEN FILED: | | | Conversion On: | | | |
| Bond Type/Amt | Claimed/Paid | ACCT. STATUS | | | GOV'T BAR | Bkcy Status: Open | | | |
| | N/A | Active/OB. | | | 04/10/10 | Our Claim #: | 2 | | Amnd |
| LIABILITY CREATED BY TAXES NOT PAID | TAX PERIOD END DATE | TAX TO PETITION DATE | PENALTY TO PETITION DATE | INTEREST TO PETITION DATE | ACCT STATUS TO PETITION 10/12/09 | TAX POST PETITION | PENALTY POST PETITION | INTEREST POST PETITION | TOTAL DUE POST PETITION |
| XXXXXX8582 | SALES TAX | MONTHLY | Hotel Furniture Liquidators | | | Pf13:___ Pf17:___ Cx'd___ Pst___ FM Zip___ Bnd Clm___ DD___ Aud ___ TF___ | | | |
| Sales tax filed, paid late | | | | | | | | | |
| Filed, paid late | 10/31/09 | | | | | | 156.35 | 39.09 | 195.44 |
| " " " | 11/30/09 | | | | | 11.80 | 472.02 | 94.40 | 578.22 |
| " " " | 12/31/09 | | | | | | 607.77 | 243.11 | 850.88 |
| " " " | 01/31/10 | | | | | | 445.65 | 89.13 | 534.78 |
| " " " | 02/28/10 | | | | | 9.72 | 77.79 | 38.89 | 126.40 |
| SUB-TOTAL | SUB-TOTAL | | | | | $21.52 | $1,759.58 | $504.62 | $2,285.72 |
| XXXXXX8582 | Mod Bus Tax | Quarterly | Hotel Furniture Liquidators | | | | | | |
| Modified business tax filed, paid late | | | | | | | | | |
| Filed, paid late | 03/31/10 | | | | | | 31.13 | 15.56 | 46.69 |
| SUB-TOTAL | | | | | | | $31.13 | $15.56 | $46.69 |
| TOTAL DUE | | | | | | $21.52 | $1,790.71 | $520.18 | $2,332.41 |

| Authority for claim | | + PREPETITION TAXES | | SECURED PRE-TAXES | |
|---|---|---|---|---|---|
| NRS 360.300 Thru | | + PREPETITION INTEREST | | SECURED PRE-INTEREST | |
| NRS 360.417 and/or | | = PREPETITION PRIORITY | | SECURED PRIORITY | |
| NRS 360.297 and/or | | + PREPETITION NON-PRIORITY | | SECURED NON-PRI | |
| NRS Ch. 372 and/or | | = PREPETITION CLAIM | | TOTAL | |
| NRS Ch. 363B | $2,332.41 | | | | |
| | $2,332.41 | = TOTAL CLAIM | | /s/ DAVID WILLCOX | |
| | | | | David Willcox, Revenue Officer II | |