**Entered on Docket**
**July 13, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

James D. Greene, Esq., NV Bar No. 2647
GREENE INFUSO, LLP
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Ph: (702) 732-6102
Fax: (702) 732-7110
E-mail: minfuso@greeneinfusolaw.com
ztakos@greeneinfusolaw.com

Attorneys for Creditors B3 Holdings, LLC and Anthony Martino

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HOTEL FURNITURE SALES, INC.<br><br>Debtor. | Bankruptcy No.  BK-S-09-29126-MKN<br><br>Chapter 11<br><br><br>Date:  June 30, 2010<br>Time: 9:30 a.m. |

**ORDER GRANTING MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7 OR FOR APPOINTMENT OF CHAPTER 11 TRUSTEE OR EXAMINER**

The Motion for Order Converting Case to Chapter 7 or for Appointment of Chapter 11 Trustee or Examiner ("Motion") filed by Creditors, B-3 Holdings, LLC and Anthony Martino ("Movants") came on for hearing at the above date and time, the Honorable Mike K. Nakagawa, United States Bankruptcy Judge, presiding.  The Movants were represented by James D. Greene,

1

Esq. of Greene Infuso, LLP; the Debtor was represented by Zachariah Larson, Esq. of Larson & Stephens; the Court-appointed examiner, Joseph Atkins appeared; and the Office of the United States Trustee was represented by Edward M. McDonald, Esq.  The Court having reviewed the Motion and the preliminary examiner's report (Dkt. # 134) and the examiner's final report (Dkt. #139) and with good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Office of the United States Trustee is directed to appoint a Chapter 11 Trustee in the above-captioned case;

IT IS FURTHER ORDERED that a continued hearing on the Motion shall be held on July 14, 2010, at 9:30 a.m.

Submitted by:

GREENE INFUSO, LLP

*/s/ James D. Greene*
James D. Greene, Esq., NV Bar No. 2647
3960 Howard Hughes Parkway, Suite 700
Las Vegas, NV  89169

Attorneys for Creditors B3 Holdings, LLC and Anthony Martino

AGREED TO:

LARSON & STEPHENS, LLC

_____
Zachariah Larsen, Esq.
810 S. Casino Center Blvd. #104
Las Vegas, NV 89101

Attorneys for Debtor and Debtor-in-Possession

_____
Joseph Atkins, Examiner


_____
Edward M. McDonald
U.S. Trustee

2

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows: (check one):

\_\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or after the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

__X__ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]

Zach Larsen, Esq.
Email: zlarsen@lslawnv.com

Edward M. McDonald
Email: Edward.m.mcdonald@usdoj.gov
Email: athenasios.agelakopoulos@usdoj.gov

Sent on July 5, 2010. No response as of July 9, 2010.

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

**GREENE INFUSO, LLP**
3960 Howard Hughes Parkway, Suite 700
Las Vegas, Nevada 89169
(702) 697-6102