AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
EDWARD M. MCDONALD JR., Attorney
State Bar # NY 8126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 234
Facsimile:  (702) 388-6658

E-Filed on July 13, 2010

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**HOTEL FURNITURE SALES, INC.**<br><br><br><br><br>Debtor(s). | CASE NOS: BK-**S-09-29126**-MKN<br><br>Chapter 11<br><br>Date:<br>Time:<br>Place:  Foley Courtroom 2 (third floor) |

## APPOINTMENT OF LENARD E. SCHWARTZER AS TRUSTEE FOR THE ESTATE OF HOTEL FURNITURE SALES, INC.

    Pursuant to FED.R.BANKR.P 2007.1, the Acting United States Trustee hereby appoints Lenard E. Schwartzer as Trustee for the estate of Hotel Furniture Sales, Inc.

    Dated:  July 13, 2010

                              **SARA L. KISTLER**
                              **ACTING UNITED STATES TRUSTEE**
                              **REGION 17**


                            By:  */s/ Edward M. McDonald Jr.*
                                  Edward M. McDonald Jr., Esq.
                                  United States Department of Justice
                                  Attorney for the Acting United States Trustee