Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HOTEL FURNITURE SALES, INC.,<br><br>Debtor. | Case No. BK-S-09-29126-MKN<br>Chapter 11<br><br>**DECLARATION OF JASON IMES IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION OF CHAPTER 11 TRUSTEE FOR CONVERSION OF CASE TO CASE UNDER CHAPTER 7**<br><br>Date: OST pending<br>Time: OST pending |

Jason A. Imes, Esq. of Schwartzer & McPherson Law Firm, attorneys for Lenard E. Schwartzer, Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Hotel Furniture Sales, Inc. (the "Debtor"), under penalties of perjury, hereby declares:

1. A Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 (the "Motion") has been filed. In this Motion, the Trustee requests an order of this Court converting the Debtor's bankruptcy case from Chapter 11 to a case under Chapter 7 pursuant to 11 U.S.C. §§ 1106(a)(5) and 1112(b).

2. Notice can be shortened pursuant to Bankruptcy Rule 9006(c)(1) and LR 9006(a).

3. The Motion is requested to be heard on shortened time because the Trustee believes that there is a continuing loss or diminution of the estate and an absence of a reasonable likelihood of rehabilitation, and the interests of creditors will be better served by conversion of this case to a case under Chapter 7 of the Bankruptcy Code.

4. The Debtor's business does not generate sufficient operating income and the Debtor has confirmed that it will be unable to obtain the post-petition financing required to adequately propose a Plan of Reorganization, so the Trustee intends to cease operation of the Debtor's business on October 12, 2010.

5. As a result of the foregoing, the Trustee respectfully requests that this Motion be heard on shortened time.

DATED: October 6, 2010

_____
Jason A. Imes