Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>HOTEL FURNITURE SALES, INC.,<br><br>Debtor. | Case No. BK-S-09-29126-MKN<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  OST pending<br>Time:  OST pending |
|---|---|

1. On October 6, 2010 the following document(s) were served:

   a. Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 186]

   b. Declaration of Lenard E. Schwartzer in Support of Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 188]

   c. Ex Parte Application For An Order Shortening Time To Hear Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 189]

   d. Declaration of Jason Imes in Support of Ex Parte Application For An Order Shortening Time To Hear Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 190]

   e. Attorney Information Sheet [Dkt. 191]

2. The above-named document(s) were served by the following means to the persons as listed below:

   ☒ a. **By ECF System**:

ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
athanasios.agelakopoulos@usdoj.gov

**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  JOSEPH B. ATKINS on behalf of Examiner Joseph Atkins
2  jbatkins@7trustee.net, nv04@ecfcbis.com

3  CYBILL L. DOTSON on behalf of Creditor MOBILE MINI, INC.
   cdotson@qualeylawfirm.com

4
5  JAMES D. GREENE on behalf of Interested Party B3 HOLDINGS, LLC
   jgreene@greeneinfusolaw.com,
6  cjorvig@greeneinfusolaw.com;fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com
   ;bschmidt@greeneinfusolaw.com

7
8  JASON A. IMES on behalf of Trustee LENARD SCHWARTZER
   bkfilings@s-mlaw.com

9  ZACHARIAH LARSON on behalf of Debtor HOTEL FURNITURE SALES, INC.
10 ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

11 EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
12 edward.m.mcdonald@usdoj.gov

13 JEANETTE E. MCPHERSON on behalf of Trustee LENARD SCHWARTZER
   bkfilings@s-mlaw.com

14
15 LENARD E. SCHWARTZER
   trustee@s-mlaw.com, nv17@ecfcbis.com;wholland@s-mlaw.com;lbenson@s-mlaw.com

16 MARTINA SHINDELUS on behalf of Creditor WRG DESIGN, INC.
17 mshindelus@peelbrimley.com

18 JEFFREY R. SYLVESTER on behalf of Creditor SKLV PROPERTIES, LLC
   jeff@sylvesterpolednak.com
19
20 U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

21 ☐    b.    **By United States mail, postage fully prepaid**:
22

23       c.    **By Personal Service**
              I personally delivered the document(s) to the persons at these addresses:
24       ☐    For a party represented by an attorney, delivery was made by handing the
25 document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
   other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
26 in the office.
         ☐    For a party, delivery was made by handing the document(s) to the party or by
27 leaving the document(s) at the person's dwelling house or usual place of abode with someone of
   suitable age and discretion residing there.
28

☐  d.  **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e.  **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  f.  **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:   October 6, 2010

| Lia Allen | /s/   Lia Allen |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122