Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HOTEL FURNITURE SALES, INC.,<br><br>Debtor. | Case No. BK-S-09-29126-MKN<br>Chapter 11<br><br>**AMENDED ATTORNEY INFORMATION SHEET**<br><br>Date: OST pending<br>Time: OST pending |

As required by the Court, the parties listed below have been contacted regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE | NO RESPONSE RECEIVED |
|---|---|---|---|---|
| Zach Larson, Esq.<br>*Attorneys for Debtor* | 10/6/2010 | X | | |
| Ed McDonald, Esq.<br>*Office of the U.S. Trustee* | 10/6/2010 | X | | |

DATED: October 6, 2010

　　　　　　　　　　　　　　　/s/   Jason A. Imes
Jeanette E. McPherson, Esq.
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Lenard E. Schwartzer, Trustee*