**Entered on Docket**
**October 13, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

1
2
3
4
5

Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

HOTEL FURNITURE SALES, INC.,

Debtor.

Case No. BK-S-09-29126-MKN
Chapter 11

**ORDER SHORTENING TIME TO HEAR MOTION OF CHAPTER 11 TRUSTEE FOR CONVERSION OF CASE TO CASE UNDER CHAPTER 7**

Date:  October 27, 2010
Time:  9:30 A.M.

**TO:    ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that upon an Ex Parte Application For An Order Shortening Time To Hear Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7, and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

**ORDERED** that the hearing on the Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 will be heard before a United States Bankruptcy Judge in the Foley Federal

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Building, Bankruptcy, 300 Las Vegas Blvd. South, Las Vegas, Nevada on October 27, 2010

2  at the hour of _____9:30 A.M._____ .

3  **IT IS FURTHER ORDERED** that the Motion of Chapter 11 Trustee for Conversion of

4  Case to Case Under Chapter 7 together with any supporting documents, and this Order Shortening

5  Time shall be served no later than one business day after the entry of the Order Shortening Time.

6  Any objections or oppositions to the Motion of Chapter 11 Trustee for Conversion of Case to Case

7  Under Chapter 7 shall be filed by October 25, 2010 . Any replies to the objections or oppositions

8  shall be filed by Noon, PDT, October 26, 2010.

9  **PLEASE TAKE FURTHER NOTICE** that in this Motion, the Trustee requests an order

10  of this Court converting the Debtor's bankruptcy case from Chapter 11 to a case under Chapter 7

11  pursuant to 11 U.S.C. §§ 1106(a)(5) and 1112(b).

12  For a copy of the filed Motion you may contact the Schwartzer & McPherson Law Firm at

13  (702) 228-7590, or you may obtain a copy from the Bankruptcy Court online through Pacer at

14  www.nvb.uscourts.gov.

15  Submitted by:

16

17  _____

18  Jeanette E. McPherson, Esq.
    Jason A. Imes, Esq.

19  Schwartzer & McPherson Law Firm
    2850 South Jones Boulevard, Suite 1

20  Las Vegas, Nevada  89146-5308
    *Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

21

22  # # #

23

24

25

26

27

28