Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HOTEL FURNITURE SALES, INC.,<br><br>                           Debtor. | Case No. BK-S-09-29126-MKN<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  OST pending<br>Time:  OST pending |

1. On October 13, 2010 the following document(s) were served:

   a. Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 186]

   b. Declaration of Lenard E. Schwartzer in Support of Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 188]

   c. Order Shortening Time To Hear Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7 [Dkt. 194]

2. The above-named document(s) were served by the following means to the persons as listed below:

   ☐ a. **By ECF System**:

   ☒ b. **By United States mail, postage fully prepaid**:

   SEE ATTACHED MAILING MATRIX

1      c.    **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    October 14, 2010

Lia Allen                                                       /s/    Lia Allen
(Name of Declarant)                                     (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

```
Label Matrix for local noticing      B3 HOLDINGS, LLC                      HOTEL FURNITURE SALES, INC.
0978-2                                3150 W. WIGWAM                        4500 WYNN ROAD
Case 09-29126-mkn                     LAS VEGAS, NV 89139-7867              LAS VEGAS, NV 89103-5312
District of Nevada
Las Vegas
Thu Jul 22 11:10:53 PDT 2010

MOBILE MINI, INC.                     NEVADA DEPARTMENT OF TAXATION         SKLV PROPERTIES, LLC
c/o Blalock & Qualey                  ATTN: BANKRUPTCY SECTION              C/O SYLVESTER & POLEDNAK, LTD.
20 Bonneville Avenue                  555 E WASHINGTON AVE #1300            7371 PRAIRIE FALCON
Las Vegas, NV 89101-6435              LAS VEGAS, NV 89101-1046              SUITE 120
                                                                            LAS VEGAS, NV 89128-0834

WRG DESIGN, INC.                      Michael Bohn, Esq.                    A STORAGE ON WHEELS
c/o Peel Brimley, LLP                 1880 E. Warm Springs Rd. #110         ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3333 E. Serene Ave                    Las Vegas, NV 89119                   5085 CECILE AVE.
Suite 200                                                                   LAS VEGAS, NV 89115-3446
Henderson, NV 89074-6571

ADVANCE OFFICE & JANITORIAL           ATWOODZ                               B3 HOLDINGS, LLC
Acct No x87-01                        ATTN: BANKRUPTCY DESK/MANAGING AGENT  ATTN: BANKRUPTCY DESK/MANAGING AGENT
ATTN: BANKRUPTCY DESK/MANAGING AGENT  6600 W. CHARLESTON BLVD. #121         C/O KEMP, JONES & COUTHARD, LLP
3261 S. HIGHLAND DR. #603             LAS VEGAS, NV 89146-9237              3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
LAS VEGAS, NV 89109-1026                                                    LAS VEGAS, NV 89169-0910

B3 Holdings, LLC                      BARBARA PINDER                        BARTON K. MAYBIE
c/o James D. Greene, Esq.             ATTN: BANKRUPTCY DESK/MANAGING AGENT  ATTN: BANKRUPTCY DESK/MANAGING AGENT
Rice Silbey Reuther & Sullivan        4500 WYNN RD.                         4500 WYNN RD.
3960 Howard Hughes Parkway, Suite 700 LAS VEGAS, NV 89103-5312              LAS VEGAS, NV 89103-5312
Las Vegas, NV 89169-5983

BLALOCK & QUALEY                      BRADY INDUSTRIES                      CAPITAL PREMIUM FINANCING, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT ATTN: BANKRUPTCY DESK/MANAGING AGENT ATTN: BANKRUPTCY DESK/MANAGING AGENT
20 BONNEVILLE AVE.                    7055 LINDELL RD.                      PO BOX 1020
LAS VEGAS, NV 89101-6435              LAS VEGAS, NV 89118-4703              DRAPER, UT 84020-1020

CBC FINANCIAL                         COMFORT BEDDING                       DARCY DAHLEM
ATTN: BANKRUPTCY DESK/MANAGING AGENT  Acct No 9764                          ATTN: BANKRUPTCY DESK/MANAGING AGENT
4500 WYNN RD.                         ATTN: BANKRUPTCY DESK/MANAGING AGENT  C/O SHAN D DAVIS, ESQ.
LAS VEGAS, NV 89103-5312              7911 BEACH ST.                        3800 HOWARD HUGHES PARKWAY, 17TH FLOOR
                                      LOS ANGELES, CA 90001-3422            LAS VEGAS, NV 89169-0910
                                      **returned**

EL AGUILA DE LAS VEGAS                ENNIS TRADING, INC.                   FARMERS INSURANCE
ATTN: BANKRUPTCY DESK/MANAGING AGENT  Acct No xx5730                        ATTN: BANKRUPTCY DESK/MANAGING AGENT
1621 S. EASTERN AVE.                  ATTN: BANKRUPTCY DESK/MANAGING AGENT  3737 S. PECOS-MCLEOD #104
LAS VEGAS, NV 89104-3932              5920 E. SLAUSON AVE.                  LAS VEGAS, NV 89121-4263
                                      LOS ANGELES, CA 90040-3020

FED EX CORPORATION                    FEDEX CUSTOMER INFORMATION SERVICES   FRANCE PUBLICATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT AS ASIGNEE OF FEDEX EXPRESS/FEDEX GROUND ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 332                            ATTN: REVENUE RECOVERY/BANKRUPTCY     3500 PEIDMONT RD. #415
MEMPHIS, TN 38194-4741                3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR ATLANTA, GA 30305-1503
                                      MEMPHIS, TN 38116-5017

FRANCE PUBLICATIONS, INC.             GATEWAY MATTRESS CO., INC.            GE EQUIPMENT SERVICES
CLIENT #8839                          ATTN: BANKRUPTCY DESK/MANAGING AGENT  ATTN: BANKRUPTCY DESK/MANAGING AGENT
C/O SZABO ASSOCIATES, INC.            624 S. VAIL AVE.                      75 REMITTANCE DR. #1333
3355 LENOX RD. N.E. 9TH FLOOR         MONTEBELLO, CA 90640-4992             CHICAGO, IL 60675-1333
ATLANTA, GA 30326-1394
```

```
HARSCH INVESTMENT PROPERTIES        HEALTH HORIZONS                      HIP VALLEY VIEW, LLC
ATTN:  BANKRUPTCY DESK/MANAGING AGENT  ATTN:  BANKRUTPCY DESK/MANAGING AGENT  C/O JEFFREY F. NUDELMAN
PO BOX 4800                         2205 SOMBRERO DRIVE                  1121 SW SALMON #500
UNIT #54                            LAS VEGAS, NV 89169-3227             PORTLAND, OR 97205-2022
PORTLAND, OR 97208-4800


IHI                                 (p)INTERNAL REVENUE SERVICE          LAS VEGAS EXPRESS
ATTN:  BANKRUPTCY DESK/MANAGING AGENT  CENTRALIZED INSOLVENCY OPERATIONS  ATTN:  BANKRUPTCY DESK/MANAGING AGENT
6145 S. VALLEY VIEW BLVD. #A        PO BOX 21126                         3560 POLARIS AVE. #32
LAS VEGAS, NV 89118-6847            PHILADELPHIA PA 19114-0326           LAS VEGAS, NV 89103-5719


LAS VEGAS REVIEW JOURNAL            LAS VEGAS REVIEW-JOURNAL             MADELINE CROSTHWAIT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT  CREDIT OFFICE                   ATTN:  BANKRUPTCY DESK/MANAGING AGENT
PO BOX 920                          POB 70                               97 FRONTIER TRAIL SW
LAS VEGAS, NV 89125-0920            LAS VEGAS, NV  89125-0070            MARIETTA, GA 30060


MELNICK ENTERPRISE, INC.            MELNICK ENTERPRISES, INC.            MOBILE MINI, INC.
EURIQUE MELNICK                     Acct No xxx-2078                     ATTN: BANKRUPTCY DEPT./MANAGING AGENT
4375 E. SAHARA AVE. SUITE #32       ATTN:  BANKRUPTCY DESK/MANAGING AGENT  PO BOX 79149
LAS VEGAS, NV 89104-6352            953 E. SAHARA AVE. #B3               PHOENIX, AZ  85062-9149
                                    LAS VEGAS, NV 89104-3012


MOBILE STORAGE GROUP                MPOWER COMMUNICATIONS                Mobile Mini, Inc.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT  ATTN: BANKRUPTCY DEPT. / MANAGING AGENT  c/o Blalock & Qualey
PO BOX 10999                        P.O. BOX 60767                       20 Bonneville Avenue
BURBANK, CA 91510-0999              LOS ANGELES, CA 90060-0767           Las Vegas, Nevada 89101-6435


NEVADA DEPARTMENT OF TAXATION       NEVADA DMV                           NEVADA POWER COMPANY
BUSINESS TAX                        Acct No x9573U                       ATTN: BANKRUPTCY DEPT/MANAGING AGENT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT  ATTN: BANKRUPTCY DEPT/MANAGING AGENT  PO BOX 30086
PO BOX 52674                        555 WRIGHT WAY                       RENO, NV 89520-3086
PHOENIX, AZ 85072-2674              CARSON CITY, NV 89711-0001


NEVADA RETAIL NETWORK SIG           NEWAY PACKAGING CORP.                PAYCHEX
ATTN:  BANKRUPTCY DESK/MANAGING AGENT  Acct No xx6725                    ATTN:  BANKRUPTCY DESK/MANAGING AGENT
575 S. SAFIMAN RD.                  ATTN:  BANKRUTPCY DESK/MANAGING AGENT  2340 CORPORATE CIRCLE #175
CARSON CITY, NV 89701-5000          1973 E. VIA ARADO                    HENDERSON, NV 89074-7736
                                    COMPTON, CA 90220-6102


PWI CONSTRUCTION, INC.              R&L CARRIERS                         RMS
Acct No x7-033                      ATTN:  BANKRUPTCY DESK/MANAGING AGENT  ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
ATTN:  BANKRUPTCY DESK/MANAGING AGENT  600 GILLIAM RD                    4836 BRECKVILLE RD.
155 W. MAIN ST.                     PO BOX 271                           PO BOX 509
MESA, AZ 85201-7309                 WILMINGTON, OH 45177-0271            RICHFIELD, OH 44286-0509


ROSENFELD ROBERSON                  SHOMOVES, INC.                       SKLV PROPERTIES
ATTN:  BANKRUPTCY DESK/MANAGING AGENT  ATTN:  BANKRUPTCY DESK/MANAGING AGENT  ATTN:  BANKRUPTCY DESK/MANAGING AGENT
6725 VIA AUSTI PKWY. #200           400 MAIN ST. E #205                  C/O LANDRY & ASSOCIATES
LAS VEGAS, NV 89119-3552            MILTON, ON L9T1P9                    7235-A BERMUDA RD.
                                                                         LAS VEGAS, NV 89119-4315


SKLV PROPERTIES, LLC                SOUTHWEST GAS CORPORATION            STAPLES
C/O JEFFREY R. SYLVESTER, ESQ.      ATTN: BANKRUPTCY DEPT. / MANAGING AGENT  DEPT LA 1368
SYLVESTER & POLEDNAK, LTD.          PO BOX 98890                         ATTN: BANKRUPTCY DEPT/MANAGING AGENT
7371 PRAIRIE FALCON ROAD, SUITE 120  LAS VEGAS, NV 89150-0101            PO BOX 83689
LAS VEGAS, NEVADA 89128-0834                                             CHICAGO, IL 60696-0001
```

| | | |
|---|---|---|
| SWIFT TRANSPORTATION<br>CREDIT DEPT<br>2200 S 75 AVE<br>PHOENIX, AZ 85043-7410 | SWIFT TRANSPORTATION CO., INC.<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 643116<br>CINCINNATI, OH 45264-0307 | SZABO ASSOCIATES<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>3355 LENOX RD. NE 9TH FLOOR<br>ATLANTA, GA 30326-1394 |
| TELEPACIFIC COMMUNICATIONS, INC.<br>3300 N. CIMARRON RD. BLDG. #5<br>LAS VEGAS, NV 89129-8401 | THE OYP GROUP<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>848 N. RAINBOW BLVD. #1212<br>LAS VEGAS, NV 89107-1103 | TONY MARTINO<br>ATTN: BANKRUPTCY DEESK/MANAGING AGENT<br>C/O KEMP, JONES & COULTHARD, LLP<br>3800 HOWARD HUGHES PKWY. 17TH FLOOR<br>LAS VEGAS, NV 89169-0910 |
| TRANSPORT INTERNATIONAL POOL, INC.<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>530 E. SWEDESFORD RD.<br>WAYNE, PA 19087-1640 | TRANSWORLD SYSTEMS INC.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 15520<br>WILMINGTON, DE 19850-5520 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |
| UPS<br>C/O BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 894820<br>LOS ANGELES, CA 90189-4820 | WANDERER LAW, P.C.<br>ATTN: BANKRUTPCY DESK/MANAGING AGENT<br>302 E. CARSON AVE. #520<br>LAS VEGAS, NV 89101-5907 | WELLS FARGO BUSINESS CARD<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 |
| WRG DESIGN, INC.<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>C/O RICHARD L. PEEL, ESQ.<br>3333 E. SERENE AVE. #200<br>HENDERSON, NV 89074-6571 | WYNN DESIGN & DEVELOPMENT<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>680 PILOT RD. #1<br>LAS VEGAS, NV 89119-9014 | Wells Fargo Bank, NA<br>MAC #S4101-08C<br>100 W Washington<br>Phoenix, AZ 85003-1805 |
| XTRA LEASE<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 99262<br>CHICAGO, IL 60693-9262 | XTRA LEASE LLC<br>1801 PARK 270 DRIVE, SUITE 400<br>ST. LOUIS, MO 63146-4020 | LENARD E. SCHWARTZER<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146-5640 |
| RILEY CLAYTON<br>7455 W. CHARLESTON BLVD. #460<br>LAS VEGAS, NV 89117 | ZACHARIAH LARSON<br>LARSON & STEPHENS<br>810 S. CASINO CENTER BLVD., STE 104<br>LAS VEGAS, NV 89101-6719 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.