Entered on Docket
November 05, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

HOTEL FURNITURE SALES, INC.,

Debtor.

Case No. BK-S-09-29126-MKN
Chapter 11

ORDER GRANTING
MOTION OF CHAPTER 11 TRUSTEE
FOR CONVERSION OF CASE TO CASE
UNDER CHAPTER 7

Date: October 27, 2010 (OST)
Time: 9:30 a.m.   (OST)

The Trustee's *Motion of Chapter 11 Trustee for Conversion of Case to Case Under Chapter 7* (the "Motion") [Docket # 186] having come before this Court on the 27th day of October, 2010; Lenard E. Schwartzer, Chapter 11 Trustee ("Trustee"), appearing by and through his counsel, Jason A. Imes, Esq. of the Schwartzer & McPherson Law Firm; no other parties appearing or filing written oppositions; the Court having reviewed the pleadings on file and argument of the parties, the Motion having been properly noticed, and the Court having made its findings of fact and conclusions of law upon the record, and for good cause appearing,

P:\Schwartzer, Trustee\Hotel Furniture Sales\Motion Convert\Order Convert Ch 7.doc     Page 1

1   **IT IS HEREBY ORDERED** that the Trustee's Motion is GRANTED and this Debtor's
2   bankruptcy case is converted to a case under Chapter 7, effective upon entry of this Order.
3   Prepared by:

4

5

6   Jeanette E. McPherson, Esq.
    Jason A. Imes, Esq.
7   Schwartzer & McPherson Law Firm
    2850 South Jones Blvd., Suite 1
8   Las Vegas NV 89146
9   *Attorneys for Lenard E. Schwartzer,*
    *Chapter 11 Trustee*

10

11

12  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

13  ___    The court has waived the requirement of approval under LR 9021(b)(1).

14  ___    No party appeared at the hearing or filed an objection to the motion.

15  ___    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
        and any unrepresented parties who appeared at the hearing, and each has approved or disapproved
16      the order, or failed to respond, as indicated above.

17   X    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
        with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of
18      the order.

19                                      # # #