Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

HOTEL FURNITURE SALES, INC.,

Debtor.

Case No. BK-S-09-29126-MKN

Chapter 7

**NOTICE OF HEARING OF MOTION TO APPROVE SALE OF PERSONAL PROPERTY AND GOODWILL**

Date: December 15, 2010
Time: 11:00 a.m.

**NOTICE IS HEREBY GIVEN** that Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Hotel Furniture Sales, Inc. (the "Debtor"), by and through his counsel, Schwartzer & McPherson Law Firm, has filed a *Motion to Approve Sale of Personal Property and Goodwill* ("Motion"). The Motion requests authorization to sell the Debtor's personal property (including but not limited to its inventory, vehicles and trailers), and its goodwill (including name and phone numbers) free and clear of liens, "as is, where is" and without warranty to the Sackley Family Trust for $65,000, or for such higher bid as the estate may receive.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1):

(1) Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting the office of Schwartzer & McPherson Law Firm, telephone: (702) 228-7590 or fax: (702) 892-0122.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada on **December 15, 2010, at 11:00 A.M.**

DATED: November 17, 2010

      /s/ Jason A. Imes
Jeanette E. McPherson, Esq.
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Lenard E. Schwartzer, Trustee*